AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
V.
Frank Iacaboni

**WARRANT FOR ARREST**

CASE NUMBER: 05-10003-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Frank Iacaboni
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy, Arson, Conspiracy to Committ Hobbs Act Extortion, Attempted Extortion and Interstate Travel in Aid of Racketeering.

*RECEIVED 2005 JAN -5 P 3:38 U.S. MARSHALS SERVICE WORCESTER, MA*

in violation of Title __18__ United States Code, Section(s) 371, 844, 1951 and 1952

Name of Issuing Officer: F. Dennis Saylor
Signature of Issuing Officer

Title of Issuing Officer: U.S. District Judge
Date and Location: 1/5/05 Worcester, MA

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Leominster, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-5-05 | T. Bergonson, SDUSM for ATF | [signed] |
| DATE OF ARREST 1-07-2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Frank Iacaboni

ALIAS:

LAST KNOWN RESIDENCE: 64 Union Street, Leominster, Massachusetts

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1944

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 6570

HEIGHT:                             WEIGHT:

SEX:                                RACE:

HAIR:                               EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:



FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:

Massachusetts State Police, Bureau of Alcohol, Tobacco & Firearms, Internal Revenue Service