AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number: 05-10003NMG

*filed in open court 1/11/05 (BR)*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Frank Incnhoni

I certify that I am admitted to practice in this court.

1-11-05
Date

Signature

Print Name: John Brazilian    Bar Number: 054980
Butters Brazilian LLP
1 Exeter Plaza
Address

Boston    MA    02116
City       State   Zip Code

617 367 2600    617 367 1363
Phone Number    Fax Number