UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )  | |
| v.                             ) | Criminal No. 05-10003-NMG-03 |
| )  | |
| FRANK IACABONI,                ) | |
|         Defendant.             ) | |

**NOTICE OF APPEARANCE**

Matthew D. Thompson of Butters Brazilian LLP, One Exeter Plaza, Boston, Massachusetts 02116, hereby enters his appearance in the above-referenced matter on behalf of the defendant, Frank Iacaboni.

                                  FRANK IACABONI
                                  by his attorneys,


                                    /s/   Matthew D. Thompson
                                  Thomas J. Butters
                                  B.B.O #068260
                                  Matthew D. Thompson
                                  B.B.O. #655225
                                  Butters Brazilian, LLP
                                  One Exeter Plaza
                                  Boston, Massachusetts 02116
                                  (617) 367-2600

Dated: January 24, 2005