UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 05-10003-NMG-3 |
| FRANK IACABONI,  Defendant. | ) ) ) ) | |

**NOTICE OF APPEARANCE**

Thomas J. Butters of Butters Brazilian LLP, One Exeter Plaza, Boston, Massachusetts 02116, hereby enters his appearance in the above-referenced matter on behalf of the defendant, Frank Iacaboni.

                                        FRANK IACABONI
                                        by his attorneys,


                                          /s/   Thomas J. Butters
                                        Thomas J. Butters
                                        B.B.O #068260
                                        Matthew D. Thompson
                                        B.B.O. #655225
                                        Butters Brazilian, LLP
                                        One Exeter Plaza
                                        Boston, Massachusetts 02116
                                        (617) 367-2600

Dated:  January 24, 2005