UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.    ) <br> ) <br> FRANK IACABONI,    ) <br>    Defendant.    ) <br> ) | Criminal No. 05-10003-NMG-3 |

**NOTICE RE: AUTOMATIC DISCLOSURE**

In accordance with Local Rule (LR) 116.1 the defendant, Frank Iacaboni, states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

FRANK IACABONI
Defendant

  /s/ Thomas J. Butters
Thomas J. Butters
B.B.O #068260
Matthew D. Thompson
B.B.O. #655225
Butters Brazilian, LLP
One Exeter Plaza
Boston, Massachusetts 02116
(617) 367-2600

Date: January 24, 2005