

# MEMORANDUM

**To:** Charles B. Swartwood III, Chief US Magistrate Judge

**From:** Vangie Cuascut, US Pretrial Services Officer

**Re:** IACABONI, Frank
05CR10003-NMG

**Date:** January 28, 2005

Frank Iacaboni appeared before Your Honor on January 11, 2005. He is named in a Criminal Indictment charging Conspiracy to Commit Arson and Travel in Interstate Commerce for the Purpose of Unlawful Activity. Your Honor issued an Order Setting Conditions of Release and that order is not in effect.

The defendant resides in Leominster, MA and will be supervised by the US Pretrial Services office in Worcester, MA.

The defendant's release conditions include reporting to Pretrial Services by telephone each Friday. I am respectfully requesting permission to amend that condition as follows: telephone reporting to Pretrial Services, once a week, as directed. I have discussed this matter with the defendant and his counsel, and there is no objection to this amendment.

Please advise if Your Honor concurs.

1/28/05

*I concur on the requested change. However, these conditions will not go into effect until the issue of revocation of supervised release is decided. If Mr. Iacaboni is released, may conditions [illegible]*

*/s/*