UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN 31 P 4: 24
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. <u>05-10003-NMG</u> |
| -v.- | ) |
| | ) |
| ARTHUR GIANELLI, | ) |
| DENNIS ALBERTELLI, | ) |
| FRANK IACABONI, and | ) |
| DEEB HOMSI | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF GOVERNMENT'S DECLINATION OF DISCLOSURE

Please take notice that the United States declines pursuant to Local Rule 116.6(A) for reasons of witness security to provide information currently in the government's possession that falls within subsections (B)(1)(c) and (B)(1)(d) of Local Rule 116.2. Such information will be provided in advance of trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRED M. WYSHAK, JR.
MICHAEL L. TABAK
Assistant U.S. Attorneys
Telephone: (617) 748-3201; (617) 748-3203
Date: January 31, 2005

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in envelopes bearing sufficient postage for delivery:

Richard M. Egbert, Esq.
99 Summer Street, Suite 1800
Boston, MA 02110

Charles W. Rankin, Esq.
Rankin & Sultan
1 Commercial Wharf North
Boston, MA  02110

John H. Brazilian, Esq.
Butters, Brazilian & Small
One Exeter Plaza
Boston, MA  02116

Roger A. Cox, Esq.
Cox & Cox
30 Main Street, Suite 9
Ashland, MA  01721-1178

This 31st day of January 2005.

Michael L. Tabak
Assistant United States Attorney