# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | **CRIMINAL ACTION** |
| ) | **NO. 05-10003-NMG** |
| ) | |
| ARTHUR GIANELLI, DENNIS   ) | |
| ALBERTELLI, FRANK IACABONI   ) | |
| and DEEB HOMSI,   ) | |
| Defendants   ) | |

**ORDER**
**FEBRUARY 11, 2005**

**SWARTWOOD, Chief M.J.**

This case has been drawn to a District Judge in Boston and that Judge has referred this case to me for all pretrial proceedings. Therefore, to avoid confusion, duplication of judicial resources and to guaranty a prompt response to all pretrial proceedings, all pleadings in this case <u>shall</u> be filed, either electronically or in the Worcester Clerk's Office until this case is returned to the District Judge in Boston.

<pre>                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              CHIEF MAGISTRATE JUDGE</pre>