**B**
**B**
## BUTTERS BRAZILIAN LLP

JOHN H. BRAZILIAN
THOMAS J. BUTTERS

MEAGHAN E. BARRETT*
ERINN E. MELIA
MATTHEW D. THOMPSON
AIME L. GOLDBERG*
CRAIG F. IANNINI

*Also admitted in New York

ONE EXETER PLAZA
BOSTON, MASSACHUSETTS 02116
617.367.2600
ƒ 617.367.1363
www.buttersbrazilian.com

LENARD B. ZIDE
OF COUNSEL

February 14, 2005

Clerk's Office
United States District Court
595 Main Street
Room 502
Worcester, MA 01608

Re:  05-CR-10003-NMG

Dear Clerk:

Kindly forward to this office transcripts for the January 11, 2005 detention hearing of the defendants Frank Iacaboni, Arthur Gianelli, Dennis Albertelli and Deeb Homsi relating to the above-referenced matter. Please call me if you have any questions.

Thank you for your assistance.

Very truly yours,

Jill Cheney