UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.                      )<br> )<br>ARTHUR GIANELLI,        )<br>DENNIS ALBERTELLI,      )<br>FRANK IACABONI,         )<br>DEEB HOMSI,             )<br>    Defendants,          )<br> ) | **CRIMINAL ACTION**<br>**NO. 05-10003-NMG** |

ORDER OF EXCLUDABLE TIME
February 18, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 21, 2005 (date of expiration of prior order of excludable time) through March 21, 2005 (date by which Defendants will have completed their review of discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE