# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )   CRIMINAL ACTION
                               )   NO. 05-10003-NMG
ARTHUR GIANELLI,               )
DENNIS ALBERTELLI,             )
FRANK IACABONI,                )
DEEB HOMSI,                    )
          Defendants,          )
_____)
```

## STATUS REPORT
## March 21, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1.  Discovery

Defendants' counsel have requested an extended period of time within which to review the voluminous discovery, including approximately 2200 pages of wire tap and search warrant related affidavits, applications and orders produced by the Government. I have granted that request.

2.  Further Status Conference

A further status conference shall be held in this case on June 21, 2005, at 2:00 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.  <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from March 21, 2005 (date of expiration of prior order of excludable time) through June 21, 2005 (date by which the Defendants will have completed their review of discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 30, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
