UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                             )<br>)<br>FRANK IACABONI,                          )<br>            Defendant.              )<br>                                                             ) | Criminal No. 05-10003-NMG-03 |

## ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Frank Iacaboni, moves the Court to Modify its Order Setting Conditions of Release entered on January 21, 2005. One standard part of the Order prohibits Iacaboni from contact with any potential witnesses in his case. Iacaboni asks for a partial modification of this provision so that Dennis Jenks, who has recently been identified as a potential witness, can continue his employment at Mass Pallett, a business owned in part by Iacaboni. Jenks has been employed on a part-time basis by Mass Pallett for a number of years. Iacaboni has agreed that he will not be present at Mass Pallett when Jenks is there and that he will have no contact with Mr. Jenks pending the conclusion of this matter.

I have consulted with Fred M. Wyshak, Jr. and he assents to an allowance of this Motion.

- 2 -

                      FRANK IACABONI,
                      By his attorneys,

                      /s/ Thomas J. Butters
                      Thomas J. Butters
                      B.B.O #068260
                      Matthew D. Thompson
                      B.B.O. #655225
                      Butters Brazilian LLP
                      One Exeter Plaza
                      Boston, Massachusetts 02116
                      617.367.2600

Dated: September 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

          /s/ Thomas J. Butters
              Thomas J. Butters