UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARTHUR GIANELLI, )<br>JOSEPH YERARDI, JR., )<br>DENNIS ALBERTELLI A/K/A "FISH," )<br>PHILIP PUOPOLO, )<br>SALVATORE RAMASCI A/K/A "LEFTY," )<br>FRANK IACABONI, )<br>RANDY ALBERTELLI, )<br>STEPHEN RUSSO A/K/A "MOON," )<br>MICHAEL PINIALIS A/K/A "MAX," )<br>ENEYDA GONZALEZ RODRIGUEZ, )<br>MARY ANN GIANELLI, )<br>GISELE ALBERTELLI, and )<br>RAFIA FEGHI A/K/A RAFIA YERARDI, )<br>)<br>Defendants. ) | Crim. No. 05-10003-NMG |

ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY

With regard to the defendants PHILIP PUOPOLO, STEPHEN RUSSO A/K/A "MOON," and MARY ANN GIANELLI, and pursuant to the arraignment held in this matter on September 19, 2006, the parties assent to the entry of an Order excluding the period of time from the arraignment on September 19, 2006 until the initial status conference with regard to the above-named three defendants, currently scheduled for October 25, 2006, said exclusion being appropriate pursuant to Local Rule 112.2 and in the interest of justice under 18 U.S.C. § 3161(h)(8)(A), to permit time for discovery to be produced and reviewed and for the parties to prepare for the initial status conference.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/   Michael L. Tabak
       Michael L. Tabak
       Assistant U.S. Attorney
       U. S. Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3203

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

       /s/ Michael L. Tabak
       Michael L. Tabak
       Assistant United States Attorney

Date: September 20, 2006