UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 05-10003-NMG |
| FRANK IACABONI, | ) ) ) | |
| Defendant. | ) ) | |

### MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Frank Iacaboni ("Iacaboni"), respectfully requests that the Court modify his conditions of release to allow for out-of-state travel to Florida during the months of December, January, February and March, for the purpose of spending several weeks at a time in Florida followed by approximately one week in Massachusetts. A proposed itinerary is attached at Exhibit A. Iacaboni's current conditions include restriction of travel to the District of Massachusetts and the northern New England states for business. Iacaboni will abide by all other conditions of his release, including maintaining weekly contact with Pretrial Services and appearing for all required court dates. A similar motion was allowed on May 27, 2005 in United States v. Iacaboni, No. 02-cr-30013. A copy is attached at Exhibit B.

Counsel for Mr. Iacaboni has attempted unsuccessfully to contact counsel for the government, Fred M. Wyshak, Jr., regarding this motion.

Mr. Iacaboni is currently on supervised release. His supervising probation officer, Michael D. Forman, has authorized this travel. (See Exhibit C, *Permission to Travel* dated 11/20/06.)

2

WHEREFORE, Iacaboni respectfully requests that the Court allow his motion.

Respectfully submitted,
FRANK IACABONI
By his attorney,

 /s/  Thomas J. Butters
Thomas J. Butters
B.B.O. #068260
Butters Brazilian LLP
One Exeter Plaza
12th Floor

Dated: November 28, 2006                                          Boston, MA  02116


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, including:


| Michael Forman | Vangie Cuascut |
| Probation Department | Pretrial Services |
| Federal Courthouse | Federal Courthouse |
| 595 Main Street, Room 40 | 595 Main Street, Room 40 |
| Worcester, MA 01608 | Worcester, MA 01608 |


 /s/ Thomas J. Butters
Thomas J. Butters

2

# EXHIBIT A

# FRANK ICABONI'S PROPOSED ITINERARY

| | |
|---|---|
| Depart Boston to Fort Lauderdale | 12/28/2006 |
| Return to Massachusetts | 01/18/2007 |
| | |
| Depart Boston to Fort Lauderdale | 01/23/2007 |
| Return to Massachusetts | 02/13/2007 |
| | |
| Depart Boston to Fort Lauderdale | 02/16/2007 |
| Return to Massachusetts | 03/09/2007 |
| | |
| Depart Boston to Fort Lauderdale | 03/13/2007 |
| Return to Massachusetts | 03/30/2007 |

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>FRANK IACABONI, )<br>)<br>              Defendant. )<br>) | Criminal No. 02-30013 |

## ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Frank Iacaboni ("Iacaboni"), respectfully requests that the Court modify his conditions of release to allow for out-of-state travel to Florida during the months of October, January, February and March, for the purpose of spending several weeks at a time in Florida to be followed by approximately one week in Massachusetts. Iacaboni's current conditions include restriction of travel to the District of Massachusetts and the northern New England states for business. Iacaboni will abide by all other conditions of his release, including maintaining weekly contact with Pretrial Services and appearing for all required court dates.

Counsel for the government, Mr. O'Regan, assents to the allowance of this motion. Pretrial Services, Ms. Cuascut, does not object to this modification.

WHEREFORE, Iacaboni respectfully requests that the Court allow his motion.

                                                Respectfully submitted,
                                                FRANK IACABONI
                                                By his attorney,

                                                <u>/s/ Thomas J. Butters</u>
                                                Thomas J. Butters
                                                B.B.O. #068260
                                                Butters Brazilian LLP
                                                One Exeter Plaza
                                                12th Floor
Dated: May 27, 2005                            Boston, MA 02116

# EXHIBIT C

Prob 37
(Rev. 2/91)

| United States District Court<br>Federal Probation System<br><br>PERMISSION TO TRAVEL | Address of Probation Office<br><br>595 Main Street<br>Room 302<br>Worcester, MA 01608 |
|---|---|

Frank Iacaboni
640 Union Street
Leominster, MA 01453

Date: November 20, 2006

YOU ARE AUTHORIZED TO TRAVEL TO _____ Hollywood, FL _____

TRAVEL DATES: 12/28/06 THROUGH 01/18/07
01/23/07 THROUGH 02/13/07
02/16/07 THROUGH 03/09/07
03/13/07 THROUGH 03/30/07

PLEASE NOTIFY THIS OFFICE WITH IN 24 HOURS AFTER YOUR RETURN FROM EACH TRIP.

PURPOSE OF THIS TRIP: Vacation

SPECIAL INSTRUCTIONS: (include requirements of criminal registration ordinances in travel area. Also include instructions for reporting in destination district.)



_____
MICHAEL D. FORMAN
UNITED STATES PROBATION OFFICER

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

Jeri L. Smith
Supervising U.S. Probation Officer
6100 Hollywood Boulevard, Suite 501
Hollywood, FL 33024