# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** |
| ARTHUR GIANELLI, ET AL, Defendants, | ) ) ) ) ) | **NO. 05-10003-NMG** |

### INTERIM STATUS REPORT
**January 31, 2007**

**HILL MAN, M.J.**

The following is an Interim Status Report to Gorton, J. to whom this case is assigned:

1. Discovery

The Defendants have been provided with an additional discovery package, which was occasioned by a Superseding Indictment which was returned against the Defendants in September of 2006. They have had sixty days to evaluate that discovery and are in the process of filing their joint discovery letter. I have given all Defendants until January 29, 2007, to decide whether or not they want to join in the joint discovery letter. The Government has requested a three week period from January 29, 2007 to respond. I have given the Defendants until March 5, 2007, to file any discovery motions and this Court will have a Final Status/Motion Hearing on any unresolved discovery motions on March 15, 2007.

2. Final Status Conference/Hearing

A final status conference/hearing will be held in this case on **March 15, 2007, at 10:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1**

**Courthouse Way, Boston, Massachusetts. It will be necessary for all counsel to appear in person for this status conference or if unable to appear, to appoint other counsel to represent them at this proceeding.**

    3.    <u>Excludable Time</u>

At the request of the Government and with the consent of counsel for the Defendants, I am excluding from the provisions of the Speedy Trial Act, the period from January 24, 2007 (date of the prior order of excludable time) through and including March 15, 2007 (the date of the final status conference/hearing on discovery motions ). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, May 24, 2007</u>.

    /s/Timothy S. Hillman
    TIMOTHY S. HILLMAN
    MAGISTRATE JUDGE