UNITED STATES DISTRICT COURT
District of Massachusetts

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) ) | |
| v. | ) ) | Crim. No. 05-100003-NMG |
| ARTHUR GIANELLI, et al.<br>Defendants. | ) ) ) ) | |

**MOTION OF THIRD PARTY/INTERESTED PERSON YOUSEF BINA FOR LEAVE TO FILE REPLY BRIEF IN THE EVENT NO ORAL ARGUMENT IS SCHEDULED**

In the Third Party Motion of Yousef Bina to Dissolve Lis Pendens and For Relief From Restraining Order, Mr. Bina specifically requested oral argument on his motion (see Docket No. 338).

In the United States' Opposition to Third Party Yousef Bina's Motion to Dissolve Lis Pendens and For Relief From Restraining Order, it requested that "the Court should deny Bina's Motion without hearing" (see Docket No. 339).

Mr. Bina submits that due process compels oral argument on his motion given that his property rights are clouded by the pending litigation in which he is not a named Defendant.

In the event the Court is inclined to rule on Mr. Bina's Motion without oral argument, pursuant to Local Rule 7.1(b)(3), Mr. Bina moves for leave to file a reply brief in order to respond to the United States' citation of case law and characterization of the Superceding Indictment.

        Respectfully submitted,

        Yousef Bina

        By his attorneys,

        /s/ Edward A. Gottlieb
        _____
        Edward A. Gottlieb, BBO No. 204900
        Giles L. Krill, BBO No. 647528
        Law Offices of Edward A. Gottlieb
        309 Washington Street
        Brighton, MA  02135
        (617) 789-5678


        /s/ Roger Witkin
        _____
        Roger Witkin, BBO No. 531780
        6 Beacon Street; Suite 1010
        Boston, MA 02108
        (617) 523-0027

Dated:  April 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing document was filed electronically. Notices of this filing will be sent to the parties by e-mail to all participants in the Court's CM/ECF system on April 26, 2007 and by first class mail to all others, if any, on April 26, 2007.


Dated: April  26, 2007        /s/ Edward A. Gottlieb
        _____
        Edward A. Gottlieb

F:\clients\LEGAL\10730000\042507-MotLeave.doc