UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                          ) | Criminal No. 05-10003-NMG-3 |
| ) | |
| FRANK IACABONI,             ) | |
|             Defendant.       ) | |
| ) | |

### MOTION TO JOIN CO-DEFENDANT PUOPOLO'S DISCOVERY MOTIONS

The Defendant, Frank Iacaboni, requests leave to join co-defendant Philip Puopolo's

*Motion for Discovery* (D. 361) and *Motion for Release of Brady Materials* (D. 360), filed on

May 25, 2007.

FRANK IACABONI
Defendant


  /s/  Matthew D. Thompson
Thomas J. Butters
B.B.O #068260
Matthew D. Thompson
B.B.O. #655225
BUTTERS BRAZILIAN LLP
One Exeter Plaza
Boston, Massachusetts 02116
(617) 367-2600
butters@buttersbrazilian.com
thompson@buttersbrazilian.com

Date:  June 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.


 /s/ Matthew D. Thompson
Matthew D. Thompson