UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 05-10003-NMG |
| FRANK IACABONI, | ) ) ) | |
| Defendant. | ) ) | |

### ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Frank Iacaboni ("Iacaboni"), respectfully requests that the Court modify his conditions of release to allow for out-of-state travel to New Hampshire for a brief family vacation from Friday, July 13, 2007 through Sunday, July 15, 2007.

Counsel for the government, Fred M. Wyshak, Jr., assents to the allowance of this motion.

WHEREFORE, Iacaboni respectfully requests that the Court allow his motion.

Respectfully submitted,
FRANK IACABONI
By his attorney,

  /s/ Thomas J. Butters
Thomas J. Butters
B.B.O. #068260
BUTTERS BRAZILIAN LLP
One Exeter Plaza
Boston, MA  02116
(617) 367-2600

Dated: July 12, 2007

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, including:

      /s/ Thomas J. Butters
           Thomas J. Butters

Case 1:05-cr-10003-NMG     Document 387     Filed 07/12/2007     Page 2 of 2