UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-10003-NMG |
| ) | |
| FRANK IACABONI, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Frank Iacaboni ("Iacaboni"), respectfully requests that the Court modify his conditions of release to allow for: (a) out-of-state travel with prior approval of Pretrial Services and the Probation Department; and (b) to attend the wedding of Randy Albertelli, on September 15, 2007.

Counsel for the government, Michael L. Tabak, assents to the allowance of this motion.

WHEREFORE, Iacaboni respectfully requests that the Court allow his motion.

Respectfully submitted,
FRANK IACABONI
By his attorney,

  /s/ Thomas J. Butters
Thomas J. Butters
B.B.O. #068260
BUTTERS BRAZILIAN LLP
One Exeter Plaza
Boston, MA  02116
(617) 367-2600

Dated: August 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, including:

      /s/ Thomas J. Butters
          Thomas J. Butters