UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No: 05-10003-NMG |
| | ) | |
| ARTHUR GIANELLI, | ) | |
| MARY ANN GIANELLI, et al | ) | |
| | ) | |

JOINT MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS

Now come the defendants, Arthur Gianelli, Mary Ann Gianelli, Gisele Albertini, Stephen Russo, Rafia Feghy, Randy Albertelli, Salvatore Ramasci, and Frank Iacaboni, in the above-referenced matter and respectfully request this Honorable Court grant an extension of time to February 29, 2008 for filing of any substantive motions. As grounds therefore, the defendants state the following:

1. The substantive motions are currently due on December 7, 2007.

2. On November 19, 2007, the Court granted defendant Joseph Yerardi an extension until February 29, 2008 to file any substantive motions.

3. The defendants intend to collaborate on the motions and, as such, seek to file motions on the same date.

4. Defendant Puopolo objects to any extension.

WHEREFORE, the defendants respectfully request this Court grant an extension of time to February 29, 2008 to file any substantive motions.

Respectfully submitted,
Defendant, Arthur Gianelli,
By his attorney,

/s/ Richard M. Egbert
Richard M. Egbert, Esquire BBO: 151800
Law Offices of Richard M. Egbert, PC
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222


Respectfully submitted,
Defendant, Mary Ann Gianelli
By her attorney,

/s/ E. Peter Parker
E. Peter Parker, Esquire
Law Offices of E. Peter Parker
151 Merrimac Street
Boston, MA 02114
(617) 742-9099


Respectfully submitted,
Defendant, Gisele Albertini,
By her attorney,

/s/ Page Kelley
Page Kelley, Esquire
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210
(617) 223-8061


Respectfully submitted,
Defendant, Stephen Russo,
By his attorney,

/s/ Stephen J. Weymouth
Stephen J. Weymouth, Esquire
Law Offices of Stephen J. Weymouth
65a Atlantic Avenue, Suite 3
Boston, MA 02110
(617) 573-9598

Respectfully submitted,
Defendant, Frank Iacaboni,
By his attorney,


/s/ Matthew D. Thompson_____
Matthew D. Thompson, Esquire
Butters, Brazilian & Small, LLP
One Exeter Plaza
699 Boylston Street
Boston, MA 02116
(617) 367-2600


Respectfully submitted,
Defendant, Randy Albertelli,
By his attorneys,

/s/ Kevin S. Nixon_____
Kevin S. Nixon, Esquire
Attorney at Law
PO Box 560264
West Medford, MA 02156
(617) 227-6363

/s/ Raymond A. O'Hara_____
Raymond A. O'Hara, esquire
1 Exchange Place
Worcester, MA 01608
(508) 831-7551


Respectfully submitted,
Defendant, Rafia Feghi,
By his attorneys,

/s/ Jeffrey A. Denner_____
Jeffrey A. Denner, Esquire
R. Bradford Bailey, Esquire
Denner Pellegrino, LLP
Four Longfellow Place
35th Floor
Boston, MA 02114
(617) 227-2800

        Respectfully submitted,
        Defendant, Salvatore Ramasci,
        By his attorney,

/s/ Joseph J. Balliro, Jr._____
Joseph J. Balliro, Jr., Esquire
Balliro & Mondano
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8442

Dated: November 20, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of November, 2007.

/s/ Richard M. Egbert_____
Richard M. Egbert, Esquire

4