UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARTHUR GIANELLI, )<br>JOSEPH YERARDI, JR., )<br>DENNIS ALBERTELLI A/K/A "FISH," )<br>PHILIP PUOPOLO, )<br>SALVATORE RAMASCI A/K/A "LEFTY," )<br>FRANK IACABONI, )<br>RANDY ALBERTELLI, )<br>STEPHEN RUSSO A/K/A "MOON," )<br>MICHAEL PINIALIS A/K/A "MAX," )<br>ENEYDA GONZALEZ RODRIGUEZ, )<br>MARY ANN GIANELLI, )<br>GISELE ALBERTELLI, and )<br>RAFIA FEGHI A/K/A RAFIA YERARDI, )<br>)<br>Defendants. ) | Crim. No. 05-10003-NMG |

**GOVERNMENT'S MOTION TO SEAL EXHIBITS TO GOVERNMENT'S MEMORANDUM IN OPPOSITION TO MOTION TO SUPPRESS FRUITS OF WIRETAP WARRANTS**

The government hereby requests that the Court seal the following exhibits to the Government's Memorandum in Opposition to Motion to Suppress Fruits of Wiretap Warrants:

Exhibit 7     December 31, 2003 wiretap affidavit of Trooper Nunzio Orlando

Exhibit 8     December 31, 2003 wiretap monitoring instructions

Exhibit 9     January 9, 2004 wiretap affidavit of Trooper Nunzio Orlando

Exhibit 10    December 2, 2004 wiretap order, application, and ensuing logs for 617-331-1167

The exhibits should be sealed because they are electronic surveillance materials that were ordered sealed by the issuing judges and remain under seal.

The exhibits have all previously been produced to the defendants in this case, during discovery (Bates numbered 0627-663, 0765-0888, 7553-7612).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Michael L. Tabak
MICHAEL L. TABAK
Assistant U.S. Attorney

Date: May 1, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered parties.

/s/ Michael L. Tabak
Michael L. Tabak
Assistant United States Attorney

Date: May 1, 2008