UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Criminal No. 05-10003-NMG |
| FRANK IACABONI, ) | |
| Defendant. ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Frank Iacaboni ("Iacaboni"), respectfully requests that this Honorable Court modify his conditions of release to allow for out-of-state travel to Baltimore, Maryland from May 19 – 20, 2008.

Counsel for the government, Fred M. Wyshak, Jr., does not object to the allowance of this motion.

WHEREFORE, Iacaboni respectfully requests that the Court allow his motion.

Respectfully submitted,
FRANK IACABONI
By his attorney,

  /s/  Thomas J. Butters
Thomas J. Butters
B.B.O. #068260
BUTTERS BRAZILIAN LLP
One Exeter Plaza
Boston, Massachusetts  02116
617-367-2600

Dated: May 6, 2008

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, including:

      Vangie Cuascut
      Pretrial Services
      Federal Courthouse
      595 Main Street, Room 40
      Worcester, MA 01608


   /s/ Thomas J. Butters
      Thomas J. Butters