4038 Dedham Street
Newton, MA 02459

Attn: Ms. Elizabeth Sonnenberg
Docket Clerk (No. 05-cr-10003-NMG)
John Joseph Moakley US Courthouse
United States District Court (Massachusetts)
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: U.S. v. Gianelli, et al.; Crim. No. 05-10003-NMG

Dear Ms. Sonnenberg:

I am writing with respect to the above referenced matter.

I would like to inform honorable Judge Gorton that attorneys Mr. Roger Witkin and Mr. Edward Gottlieb are no longer my lawyers and they do not represent me any more.

Sincerely,

*Yousef Bina*

Yousef Bina

cc:   Roger Witkin
      Edward Gottlieb