UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| _____ | ) |
| UNITED STATES, | ) |
| | ) |
| v. | )     Crim. No. 05-10003-NMG |
| | ) |
| ARTHUR GIANELLI, et al., | ) |
| | ) |
|           Defendants. | ) |
| _____ | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### FOR THIRD PARTY/INTERESTED PERSON, YOUSEF BINA

By letter dated July 30, 2008, Yusef Bina informed the Court and undersigned attorney

that the undersigned was no longer his lawyer and does not represent him.

Wherefore, the undersigned hereby gives Notice of Withdrawal of his Appearance for

Yusef Bina.

/s/ Edward A. Gottlieb

_____
Edward A. Gottlieb, BBO No. 204900
Giles L. Krill, BBO No. 647528
Law Offices of Edward A. Gottlieb
309 Washington Street
Brighton, MA  02135
(617) 789-5678

Dated:  August 7, 2008

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing document was filed electronically.  Notices of this filing will be sent to the parties by e-mail to all participants in the Court's CM/ECF system on <u>August 7, 2008</u> and by first class mail to all others, if any, on <u>August 7, 2008</u>.

Dated: August 7, 2008                   /s/ Edward A. Gottlieb

                                   _____
                                   Edward A. Gottlieb

Legal\10730000\080608-Withdraw.Ntc